UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ANTONIO CANTU, ) <br> ) <br> *Petitioner,* ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> *Respondent.* ) | Cause No. 3:17-cv-564 RLM <br> (Arising out of 3:11-cr-40 RLM) |

O R D E R

Antonio Cantu filed a successive application for collateral review under 28 U.S.C. § 2255. Without certification from the court of appeals to review Mr. Cantu's petition, the court doesn't have jurisdiction to do so. 28 U.S.C. § 2255(h). Mr. Cantu's motion [Doc. No. 136] is DENIED and the associated civil case is DISMISSED.

SO ORDERED.

ENTERED: July 24, 2017

/s/ Robert L. Miller, Jr.
Judge
United States District Court

cc: Antonio Cantu